**Opinion filed March 29, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00071-CV

_____

## LORENZO MERAZ DAVILA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CR44032**

---

**M E M O R A N D U M   O P I N I O N**

Lorenzo Meraz Davila has filed a pro se notice of appeal from an order to withdraw funds from his inmate trust account. Upon reviewing the documents filed in this court, we wrote Appellant and informed him that it did not appear that this court had jurisdiction to entertain his appeal. We requested that Appellant respond and show grounds to continue this appeal. *See* TEX. R. APP. P. 42.3. Appellant has filed a response, but his response fails to show grounds upon which this appeal may continue.

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A notice or order to withdraw funds is not a final, appealable order. *See Harrell v. State*, 286 S.W.3d 315, 316 n.1, 321 (Tex. 2009) ("withdrawal order" is actually a notification from the court, not an order); *Ramirez v. State*, 318 S.W.3d 906, 907–08 (Tex. App.—Waco 2010, no pet.). The documents on file in this court, including Appellant's response and his notice of appeal, indicate that Appellant is attempting to appeal from the trial court's order to withdraw funds. It does not appear that Appellant has filed any post-notification motion in the trial court, such as a motion to strike the order to withdraw inmate funds. An order ruling on such a motion would be appealable. *See Harrell*, 286 S.W.3d 315. However, at this time, no appealable order has been entered in this case.

Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

March 29, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.